**Electronically Filed
Supreme Court
SCPW-24-0000638
23-APR-2025
09:03 AM
Dkt. 45 ODMR**

SCPW-24-0000638

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

QIN LI, Petitioner,

vs.

DAMIEN A. ELEFANTE, Chairperson,
Department of Labor & Industrial Relations Appeals Board,
State of Hawaiʻi, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. AB 2022-015; DCD NO. 2-16-40740)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the motion for reconsideration filed on April 21, 2025, which seeks reconsideration of this court's April 11, 2025 order denying the petition for writ of mandamus, and the record, this court has not overlooked or misapprehended points of law or fact.  See Hawaiʻi Rules of Appellate Procedure Rule 40(b) (2000).

It is ordered that the motion is denied.

However, we add that our denial of the petition for writ of mandamus does not prevent Petitioner from seeking relief in the Labor and Industrial Relations Appeals Board.  Nor does the denial of the petition prevent Petitioner from seeking review of the issues raised in this petition on appeal in the Intermediate Court of Appeals, as appropriate.

DATED:  Honolulu, Hawaiʻi, April 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

